UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAMARIS ROMAN and JONNIE CORINA III, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 1:21-cv-00667-NONE-JLT<br><br>**ORDER DENYING STIPULATION TO EXTEND DEADLINE FOR THE RESPONSIVE PLEADING** |

The parties have stipulated to allow the defendant to delay responding to the complaint until 21 days after the Court rules on the plaintiff's motion to remand, which has not been filed. Without the motion on file, the request to extend the deadline for the responsive pleading is illusory. Thus, the Court **DENIES** the stipulation as unripe.

IT IS SO ORDERED.

Dated: __May 12, 2021__               _/s/ Jennifer L. Thurston__
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE