UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAMARIS ROMAN and JONNIE CORINA III, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 1:21-cv-00667-NONE-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING RESOLUTION OF *FERRA V. LOEWS HOLLYWOOD HOTEL, LLC*, 40 CAL. APP. 5TH 1239 (2019), *REVIEW GRANTED*, 456 P.3D 415 (CAL. 2020)**<br><br>(Doc. 12) |

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1. The action, including the defendant's deadline to respond to the complaint, is **STAYED** pending the California Supreme Court's decision in *Ferra v. Lowe's Hollywood Hotel, LLC*, 40 Cal. App. 5th 1239 (2019), review granted, 456 P.3d 415 (Cal. 2020);

///

///

///

///

///

2. **Within 15 days** following the California Supreme Court's ruling in *Ferra*, the parties **SHALL** notify the Court of the decision and submit a Joint Scheduling Report, which shall include a proposed deadline for the defendant to file a responsive pleading. The Court will determine at that time whether a hearing to schedule the case is needed.

IT IS SO ORDERED.

Dated: **May 25, 2021**    _ /s/ Jennifer L. Thurston
   CHIEF UNITED STATES MAGISTRATE JUDGE