UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARIS ROMAN and JONNIE CORINA III, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 1:21-cv-00667-NONE-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION REGARDING CASE SCHEDULE IN LIGHT OF DECISION IN** *FERRA V. LOEWS HOLLYWOOD HOTEL, LLC*<br><br>**(Doc. 15)** |

Based upon the stipulation of the parties, the Court **ORDERS**:

1. If Plaintiffs do not stipulate to a transfer, Defendant will file its Motion to Transfer, Stay, or Dismiss ("Motion") on September 3, 2021;

2. Plaintiffs' deadline to file their Opposition to the Motion shall be September 24, 2021;

3. Defendant's deadline to file its Reply in support of the Motion shall be October 8, 2021;

4. The Motion's noticed hearing date shall be October 15, 2021; and

5. In the event the matter is not transferred, stayed, or dismissed in its entirety after the hearing on Defendant's Motion, the Parties' Rule 26(f) scheduling conference shall take place no later than 15 days following the Court's order on Amazon's Motion, with a complete Joint Scheduling Report to be submitted to the Court no later than 7 days after the conference, if

any.

IT IS SO ORDERED.

Dated: __**July 27, 2021**__          _____ /s/ Jennifer L. Thurston
                                          CHIEF UNITED STATES MAGISTRATE JUDGE