1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARIS ROMAN, et al., | 1:21-cv-00667-NONE-JLT |
| Plaintiffs, | NEW CASE NUMBER: |
| v. | **1:21-cv-00667-JLT** |
| AMAZON.COM SERVICES LLC, | **ORDER REASSIGNING CASE** |
| Defendants. | |

All parties in the above-captioned case have consented to magistrate judge jurisdiction over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C. § 636(c)(1). (Doc. No. 19)  Accordingly, this court reassigns this action to the docket of United States Magistrate Judge Jennifer L. Thurston for all further proceedings, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents filed in this action.

**1:21-cv-00667-JLT**

IT IS SO ORDERED.

Dated:    __**September 15, 2021**__                     _____

UNITED STATES DISTRICT JUDGE

1