1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMARIS ROMAN et al.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES, LLC, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:21-cv-00667 JLT<br><br>ORDER GRANTING THE PLAINTIFFS' EX PARTE REQUEST<br>(Doc. 24) |

Plaintiffs' counsel failed to correctly calendar the deadline to file a brief opposing the defendant's motion to transfer stay or dismiss the action. (Doc. 24-1 2). The plaintiff filed their opposing brief five days late (Doc. 24-3) along with a motion to file the brief late and an ex parte application to allow the motion to be heard on shortened time. (Docs. 24-25). The plaintiffs report that the defense would not agree to the extension of time but offer no explanation why. Thus, the Court **ORDERS**:

　　　1.　　The request to hear the motion to consider the late-filed brief (Doc. 24) in an expedited fashion (Doc. 25) is **GRANTED**.

　　　2.　　The defense may file an opposition to the motion (Doc. 24) no later than October 5, 2021. No reply is authorized, and the Court will set a hearing only if it deems one necessary.

IT IS SO ORDERED.

Dated:　__October 1, 2021__　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE