# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARIS ROMAN et al., <br>         Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES, LLC, et al., <br><br>         Defendants. | Case No.: 1:21-cv-00667 JLT <br><br> ORDER GRANTING THE PLAINTIFFS' MOTION TO CONSIDER THE UNTIMELY OPPOSING BRIEF AND AMENDING THE BRIEFING SCHEDULING <br><br> (Doc. 24) |

Due to a calendaring error, plaintiffs' counsel filed the brief opposing the defendant's motion to transfer stay or dismiss the action five days late (Doc. 24-3). The defendant has agreed that no prejudice will result by the Court considering the brief if the defendant is given additional time to reply. (Doc. 27) Thus, the Court **ORDERS**:

1. The request to consider the untimely brief (Doc. 24) is **GRANTED**.

2. The optional reply may be filed no later than **October 20, 2021**.

IT IS SO ORDERED.

Dated: **October 5, 2021**                    **/s/ Jennifer L. Thurston**
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE